UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| XP ENTERTAINMENT, LLC | ) Bankruptcy Case No. 09-30699-MER |
| EIN 04-3639786 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL

The Debtor, by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court pursuant to 11 U.S.C. § 363(c)(2) and Bankruptcy Rules 4001(b) and 9014 for entry of an order authorizing the Debtor's use of cash collateral, setting a final hearing on the use of cash collateral, and providing adequate protection to properly perfected secured creditors, and as grounds therefor states as follows:

### BACKGROUND

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on September 30, 2009. The Debtor remains a Debtor-in-Possession.

2. The Debtor owns and operates a company engaged in business selling clothing, and other products bearing licensed logos of certain sports teams through retail locations within various sporting venues. The retail stores are generally located within venues such as professional baseball or basketball stadiums and arenas. The Debtor's offices are located at 400 Quivas St., Denver, CO 80204.

3. The Debtor's pre-petition lender with a security interest in receivables, inventory, and other personal property is Bank of America, N.A.. ("Bank"). The Bank is party to a Promissory Note, Loan Agreement, and Security Agreement with the Debtor dated on or about July 23, 2008. The Bank loan is primarily an inventory and account receivable based loan secured by the Debtor's accounts, inventory, contract rights, general intangibles, and certain other personal property. The Bank security interest is perfected with a UCC 1 Financing Statement filed with the Colorado Secretary of State.

4. The Bank may be under-secured by the Debtor's assets. The current balance due on the Bank loan is approximately $1,500,000 and the Debtor's petition date accounts receivable are approximately $200,000. The Debtor's inventory consists of branded merchandise produced by the

Debtor under license from several professional sports teams. On a going concern basis the inventory may have a value of approximately $500,000 however, the inventory value will decline precipitously if the Debtor does not continue operations or loses its licenses and contracts with the various sports entities and venues. The Debtor's contracts have significant value and the Debtor intends to preserve this value through the reorganization effort.

5. The Debtor may have one or more state or municipal entities that claim a lien on inventory due to unpaid sales taxes. The tax authorities are listed on Exhibit A to this Motion. The creditor, Gameday Capital Partners, LLC may claim to be secured however the Debtor does not currently believe they are secured by the Debtor's assets.

## RELIEF REQUESTED

6. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization which provides for the continuation of the Debtor's business. It is only through a Plan that unsecured creditors will see a recovery on account of their claims.

7. In order to pay necessary operating expenses, the Debtor must immediately use cash collateral in which the Bank and other creditors may have an interest. The Debtor proposes to use cash collateral on an interim basis until such time as the Court schedules a final hearing on the use of cash collateral. At the final hearing, the Debtor will seek relief to use cash collateral over at least three months pursuant to a budget which will be filed with the Court. On an interim basis over the next 30 days and monthly basis through December, the Debtor has prepared a budget setting forth its expected collections, revenues and cash use. A copy of the budget is attached hereto and incorporated herein as Exhibit B ("Budget"). The Debtor proposes to meet the Budget subject to the ability to reasonably deviate from the Budget due to business conditions.

8. The Budget reflects a conservative analysis of the Debtor's income and expenses over the projected periods.

9. The majority of the Debtor's revenues and available cash are derived from the ongoing operation of the Debtor in performing on its obligations to provide for the operation of its retail stores within various sports venues. The Debtor's retail stores are generally open during a team's home games and the Debtor's contracts and licenses are with certain National Basketball Association (NBA), Major League Baseball (MLB), and National Football League (NFL) teams. Without the use of cash collateral, the Debtor will have insufficient funding for business operations and will be unable to pay for product and inventory. Therefore, the Debtor's use of cash collateral during the interim period is necessary to avoid immediate and irreparable harm to the estate. The

Debtor's license and contractual agreements with each sports team or venue require the Debtor to maintain inventory and operation of its stores on an ongoing basis. The licenses and contracts are the Debtor's most valuable asset and the Debtor will lose goodwill if it is not able to maintain ongoing operations.

10. The cash collateral proposed to be used by the Debtor is primarily derived from ongoing sales of inventory and collection of accounts receivable. The Debtor will be replacing accounts that are collected and used with new accounts from ongoing inventory sales and inventory will continuously be replaced with new inventory. Therefore the collateral base will remain stable.

11. In order to provide adequate protection for the Debtor's use of cash collateral to the Bank and other secured creditors, the Debtor proposes the following:

    a.    The Debtor will provide a replacement lien on all post-petition accounts receivable and inventory to the extent that the use of the receivables and inventory results in a decrease in the value of the collateral pursuant to 11 U.S.C. § 361(2);

    b.    The Debtor will maintain adequate insurance coverage on all personal property assets and adequately insure against any potential loss;

    c.    The Debtor will provide a complete accounting, on a monthly basis, of all expenditures, collections, inventory levels, and generation of new accounts receivable. The Debtor will provide a copy of the reports filed with the United States Trustee;

    d.    The Debtor will only expend cash collateral pursuant to the Budget subject to reasonable fluctuation for each expense line item; and

    e.    The Debtor will pay all post-petition taxes.

12. Should the Debtor default in the provision of adequate protection, the Debtor's approved use of cash collateral will cease and the secured creditors will have the opportunity to obtain further relief from this Court.

13. Approval of the Debtor's use of cash collateral in accordance with this Motion and pursuant to the Budget, Exhibit B, is, on an interim basis and a final basis, in the best interest of the Debtor, its creditors and the estate as it will allow the Debtor to maintain its ongoing business operations, allow the Debtor to generate revenue, and provide the Debtor with an opportunity to propose a meaningful Plan.

14. The Debtor requests authority to extend the budgeted cash collateral use period on notice with opportunity for a hearing solely to the secured creditors and the U.S. Trustee by providing such parties with new budgets for additional monthly periods.

## REQUEST FOR EMERENCY HEARING ON INTERIM RELIEF

15. Without the immediate use of cash collateral, the Debtor will not be able to fund ongoing business operations. The Debtor therefore respectfully requests that the Court set an emergency hearing for the consideration of the interim use of cash collateral and continue such hearing as may be needed to allow for extensions of interim use.

WHEREFORE, the Debtor prays that the Court make and enter an Order authorizing the Debtor's use of cash collateral in accordance with this Motion through the date of a final hearing, authorize the Debtor to provide adequate protection to any properly perfected secured party in the form of that set forth herein, scheduling a final hearing on the use of cash collateral, and for such further and additional relief as to the Court may appear proper.

DATED: October 7, 2009

Respectfully submitted,

By: _____
Lee M. Kutner

**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510

# EXHIBIT A
# TAXING AUTHORITY CLAIMS

Arizona Dept of Revenue
1600 W Monroe
Phonenix, AZ 85007-2650

City of Tucson
Collections Dept
PO Box 27320
Tucson, AZ 85726-7320

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100

Georgia Department of Revenue
Sales and UseTax
P.O. BOX 105296
Atlanta, GA 30348-5296

Louisiana Dept of Revenue
PO Box 3138
Baton Rouge, LA 70821-3138

Nevada Dept of Taxation
State of Nevada - Sales/Use
PO Box 52609
Phoenix, AZ 85072-2609

North Caroline Dept of Revenue
PO Box 25000
Raleigh, NC 27640-0100

Oklahoma Tax Commission
PO Box 26850
Oklahome City, OK 73126-0850

Phoenix City Treasurer
City Treasurer
PO Box 29690
Phoenix, AZ 85038-9690

State Board of Equalization
State of California
PO Box 942879

Sacramento, CA 94279-0001

Tennessee Dept of Revenue
Andrew Jackson State Office Bldg
500 Deaderick St
Nashville, TN 37242-0700

Washington State Dept of Revenue
PO Box 34051
Seattle, WA 98124-1051

**XP Entertainment LLC**
**90 Day Cash Plan**
October - December, 2009
Report Date: 10/6/09

| | Gross Cash Receipts Sales | Less Charlotte Bobcats (Note 1) | Taxes at 8% | Payroll Disbursements | Cost of Goods Disbursements NHL Related | Cost of Goods Disbursements NBA Related | Royalties Disbursements Team | Settlements Disbursements Venue | Non Payroll Field Costs Disbursements | Non Payroll Overheads Disbursements | Other Leases, Prepaids Disbursements | Note 2 Canada Olympics Disb - Royalties | Note 2 Canada Olympics Disb Expenses | Weekly Cash Flow | Cumulative Cash Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | Est. Beginning Cash Balance 100,000 |
| 10/1/2009 | 84,536 | (16,008) | (3,882) | | | | | | (24,680) | (17,265) | (30,000) | | (5,000) | (2,206) | 97,794 |
| 10/8/2009 | 117,943 | (16,008) | (8,155) | | | | | | (24,680) | (17,265) | (30,000) | | (5,000) | 16,836 | 114,539 |
| 10/15/2009 | 128,293 | (16,008) | (8,983) | | | | | | (24,680) | (17,265) | (20,000) | | (5,000) | 36,358 | 150,887 |
| 10/22/2009 | 171,918 | (16,008) | (12,473) | | | | | | (24,680) | (17,265) | (10,000) | | (5,000) | 86,493 | 237,380 |
| 10/29/2009 | 168,043 | (16,008) | (12,163) | (125,000) | (117,508) | (38,674) | (112,132) | (100,534) | (24,680) | (17,265) | - | | (5,000) | (188,254) | 49,135 |
| 11/5/2009 | 415,715 | (16,008) | (30,652) | | | | | | (24,680) | (17,265) | (30,000) | (75,000) | (57,104) | 27,338 | 76,474 |
| 11/12/2009 | 415,715 | (16,008) | (30,652) | (120,000) | | | | | (24,680) | (17,265) | (30,000) | | (57,104) | 45,005 | 121,480 |
| 11/19/2009 | 415,715 | (16,008) | (30,652) | | | | | | (24,680) | (17,265) | (30,000) | | (57,104) | 240,005 | 361,485 |
| 11/26/2009 | 415,715 | (16,008) | (30,652) | (120,000) | (117,508) | (38,674) | (112,132) | (100,534) | (24,680) | (17,265) | (30,000) | | (57,104) | (36,176) | 325,309 |
| 12/3/2009 | 423,842 | (16,008) | (32,210) | | | | | | (24,680) | (17,265) | (30,000) | | (100,873) | (9,861) | 315,448 |
| 12/10/2009 | 423,842 | (16,008) | (32,210) | (120,000) | | | | | (24,680) | (17,265) | (30,000) | (75,000) | (100,873) | 7,806 | 323,254 |
| 12/17/2009 | 423,842 | (16,008) | (32,210) | | | | | | (24,680) | (17,265) | (30,000) | | (100,873) | 202,806 | 526,060 |
| 12/24/2009 | 423,842 | (16,008) | (32,210) | | | | | | (24,680) | (17,265) | (30,000) | | (100,873) | (286,042) | 240,018 |
| **TOTAL** | **4,908,964** | **(208,108)** | **(297,105)** | **(605,000)** | **(352,524)** | **(116,022)** | **(336,396)** | **(301,603)** | **(320,841)** | **(224,439)** | **(300,000)** | **(150,000)** | **(656,909)** | **140,018** | **240,018 Ending Cash Balance** |

Note 1: Charlotte is changing out bank credit card machines as of Oct 5 to direct credit card receipts to their bank accounts. This change effects concert receipts.

Note 2: Payments made Canada Contract

**Assumptions for October**
Sales per detail schedule
Payroll See Detail
Payables See NHL, NBA, Settlements Detail
See Royalty Detail
Assumes no sales tax payment plan payments.
Canadian Royalties at US$
Field, GA, Olympics per 8/31/09 plan
On hand cash at 10/1/09 assumed at $100,000

**Assumptions for November**
Sales per detail schedule
Payroll See Detail
Payables See NHL, NBA, Settlements Detail
See Royalty Detail
Assumes no sales tax payment plan payments.
Canadian Royalties at US$
Field, GA, Olympics per 8/31/09 plan

**Assumptions for December**
Sales per detail schedule
Payroll See Detail
Payables See NHL, NBA, Settlements Detail
See Royalty Detail
Assumes no sales tax payment plan payments.
Canadian Royalties at US$
Field, GA, Olympics per 8/31/09 plan

**EXHIBIT B**

XP Entertainment LLC
90 Day Cash Plan
October - December, 2009
Cash Receipts
Report Date: 10/6/09

| Week of: | 10/1/2009 | 10/8/2009 | 10/15/2009 | 10/22/2009 | 10/29/2009 |
|---|---|---|---|---|---|
| Phoenix Suns Game | - | 30,000 | 30,000 | 30,000 | 30,000 |
| Phoenix Suns Day Store | 2,633 | 4,608 | 4,608 | 4,608 | 4,608 |
| Charlotte Bobcats Game | - | - | - | 21,250 | 10,625 |
| Charlotte Bobcats Day Store | 795 | 1,391 | 1,391 | 1,391 | 1,391 |
| Oklahoma City Game | - | - | 28,600 | 28,600 | 28,600 |
| Oklahoma City Day Store | 1,977 | 3,460 | 3,460 | 3,460 | 3,460 |
| Memphis Grizzles Game | - | 10,875 | 32,625 | - | 21,750 |
| Memphis Day Store | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Florida Panthers | - | 21,500 | 21,500 | 21,500 | 21,500 |
| Arizona Diamondbacks Game | - | - | - | - | - |
| Arizona DiamondBacks Day Store | 2,633 | 4,608 | 4,608 | 4,608 | 4,608 |
| Seattle Storm | - | - | - | - | - |
| Atlanta Dream | - | - | - | - | - |
| Pheonix Mercury | - | - | - | - | - |
| Cal Bears Football | 55,000 | - | - | 55,000 | - |
| Oregon State Football | - | 40,000 | - | - | 40,000 |
| World Series of Poker | - | - | - | - | - |
| Total Cash Receipts | $ 64,539 | $ 117,943 | $ 128,293 | $ 171,918 | $ 168,043 |

XP Entertainment LLC
90 Day Cash Plan
October - December, 2009
Cash Receipts - November, December
Source: XP Events Financial Forecast at 8/31/09
Report Date: 10/6/09

| | 2009 NOV FRCST | 2009 DEC FRCST |
|---|---:|---:|
| **REVENUE - VENUES AND EVENTS** | | |
| REVENUE - AZ DIAMONDBACKS GAME/STORE | 0 | 0 |
| REVENUE - PHOENIX SUNS GAME AND STORE | 259,631 | 259,631 |
| REVENUE - OKLAHOMA CITY THUNDER GAME AND STORE | 258,800 | 292,400 |
| REVENUE - FLORIDA PANTHERS GAME AND STORE | 132,125 | 110,625 |
| REVENUE - OTHER MAJOR LEAGUE GAME AND STORE | 104,125 | 113,025 |
| REVENUE - COLLEGE GAME AND STORE | 163,450 | 114,175 |
| REVENUE - INTERNET SALES | 110,625 | 155,625 |
| REVENUE - VENUE EVENT REVENUE | 283,333 | 283,333 |
| REVENUE - CORPORATE SALES | 57,500 | 60,000 |
| REVENUE - NBA ALL STAR | 0 | 0 |
| REVENUE - SPECIAL EVENT USA | 10,095 | 10,095 |
| REVENUE - NEW VENUES 2009-2010 (Memphis) | 150,000 | 160,875 |
| REVENUE - CONSULTING REVENUE | 6,000 | 6,000 |
| REVENUE - OTHER REVENUE | 4,000 | 4,000 |
| **TOTAL REVENUE** | **1,539,685** | **1,569,785** |
| Plus: Sales Taxes at 8% | 1,662,859 | 1,695,367 |
| Weekly Average Gross Cash Receipts | $ 415,715 | $ 423,842 |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Payroll Disbursements**
**Source: XP Events Financial Forecast at 8/31/09**
**Report Date: 10/6/09**

XP Events
Full Time Labor
2009

|  | OCT 2009 | NOV 2009 | DEC 2009 |  |
|---|---:|---:|---:|---:|
| **Full Time Labor** | | | | |
| AZ Diamondbacks | 15,381 | 22,524 | 22,524 | |
| Oklahoma Thunder | 11,792 | 11,792 | 11,792 | |
| Flordia Panthers | 9,000 | 9,000 | 9,000 | |
| Phoenix Suns | 15,381 | 22,524 | 22,524 | |
| College | 12,708 | 12,708 | 12,708 | |
| Charlotte Bobcats | 9,650 | 9,650 | 9,650 | |
| **Full Time Labor 2009** | **73,912** | **88,198** | **88,198** | |
| **Part Time Labor** | | | | |
| AZ Diamondbacks | 6,903 | 6,903 | 6,903 | |
| Oklahoma Thunder | 14,941 | 14,941 | 14,941 | |
| Flordia Panthers | 11,900 | 13,600 | 11,900 | |
| Phoenix Suns | 22,938 | 22,938 | 22,938 | |
| College | 6,731 | 8,606 | 8,606 | |
| NBA All Star Game | | | | |
| World Baseball Classic | | | | |
| Charlotte Bobcats | 11,235 | 14,295 | 14,295 | |
| **Part Time Labor 2009** | **74,648** | **81,283** | **79,583** | |
| Sales General and Admin, contingency | 103,000 | 103,000 | 102,419 | |
| Total Salaries | 251,560 | 272,481 | 270,200 | |
| Taxes at 7.65% | 19,244 | 20,845 | 20,670 | |
| **Total Payroll** | $ (270,804) | $ (293,326) | $ (290,870) | $ (855,000) |
| **Payroll Prior to September 30, 2009** | | | | $ 250,000 |
| **Payroll Disbursements Per Cash Plan** | | | | $ (605,000) |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Cost of Goods - AP Disbursements - NHL Related**
Report Date: 10/6/09

| | NHL Related Payables | NHL Related New Era | NHL Related Reebok | NHL Related Gear For Sports | NHL Related VF Imagewear | NHL Related Twins | NHL Ontime Express | NHL Related Aminco | NHL Related Addidas |
|---|---|---|---|---|---|---|---|---|---|
| | $ (763,801) | $ (256,051) | $ (128,670) | $ (109,930) | $ (80,917) | $ (56,411) | $ (35,659) | $ (26,475) | $ (15,987) |
| 10/1/2009 | | | | | | | | | |
| 10/8/2009 | | | | | | | | | |
| 10/15/2009 | | | | | | | | | |
| 10/22/2009 | | | | | | | | | |
| 10/29/2009 | | $ (39,392) | $ (19,795) | $ (16,912) | $ (12,449) | $ (8,679) | $ (5,486) | $ (4,073) | $ (2,460) |
| 11/5/2009 | | | | | | | | | |
| 11/12/2009 | | | | | | | | | |
| 11/19/2009 | | | | | | | | | |
| 11/26/2009 | | $ (39,392) | $ (19,795) | $ (16,912) | $ (12,449) | $ (8,679) | $ (5,486) | $ (4,073) | $ (2,460) |
| 12/3/2009 | | | | | | | | | |
| 12/10/2009 | | | | | | | | | |
| 12/17/2009 | | | | | | | | | |
| 12/24/2009 | | $ (39,392) | $ (19,795) | $ (16,912) | $ (12,449) | $ (8,679) | $ (5,486) | $ (4,073) | $ (2,460) |
| | $ (118,177) | $ (59,386) | $ (50,737) | $ (37,346) | $ (26,036) | $ (16,458) | $ (12,219) | $ (7,379) | |

| | NHL Related Sport Apparel | NHL Related Top of the World | NHL Related 5th Avenue | NHL Related Antigua | NHL Related Rico | NHL Related Old Time | NHL Wincraft |
|---|---|---|---|---|---|---|---|
| | $ (13,102) | $ (11,864) | $ (9,467) | $ (7,566) | $ (6,561) | $ (3,808) | $ (1,333) |
| | | | | | | | $ - |
| | $ (2,016) | $ (1,825) | $ (1,456) | $ (1,164) | $ (1,009) | $ (586) | $ (205) |
| | | | | | | | $ - |
| | $ (2,016) | $ (1,825) | $ (1,456) | $ (1,164) | $ (1,009) | $ (586) | $ (205) $ (117,508) |
| | | | | | | | $ - |
| | $ (2,016) | $ (1,825) | $ (1,456) | $ (1,164) | $ (1,009) | $ (586) | $ (205) $ (117,508) |
| | | | | | | | $ - |
| | $ (6,047) | $ (5,476) | $ (4,369) | $ (3,492) | $ (3,028) | $ (1,758) | $ (615) $ (352,524) |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Cost of Goods - AP Disbursements - NBA Related**
**Report Date: 10/6/09**

| Date | NBA Related Payables | NBA Related Nike | NBA Related TodoFut | NBA Related Fiesta | NBA Related For Bare Feet | NBA Related Hunter | NBA Related Columbia | NBA Related Haddad |
|---|---|---|---|---|---|---|---|---|
| | $ (251,380) | $ (171,544) | $ (49,961) | $ (15,617) | $ (6,206) | $ (2,958) | $ (2,790) | $ (2,304) |
| 10/1/2009 | | | | | | | | |
| 10/8/2009 | | | | | | | | |
| 10/15/2009 | | | | | | | | |
| 10/22/2009 | | | | | | | | |
| 10/29/2009 | | $ (26,391) | $ (7,686) | $ (2,403) | $ (955) | $ (455) | $ (429) | $ (354) |
| 11/5/2009 | | | | | | | | |
| 11/12/2009 | | | | | | | | |
| 11/19/2009 | | | | | | | | |
| 11/26/2009 | | $ (26,391) | $ (7,686) | $ (2,403) | $ (955) | $ (455) | $ (429) | $ (354) |
| 12/3/2009 | | | | | | | | |
| 12/10/2009 | | | | | | | | |
| 12/17/2009 | | | | | | | | |
| 12/24/2009 | | $ (26,391) | $ (7,686) | $ (2,403) | $ (955) | $ (455) | $ (429) | $ (354) |
| | $ (79,174) | $ (23,059) | $ (7,208) | $ (2,864) | $ (1,365) | $ (1,288) | $ (1,063) | |
| | | | | | | | | $ (38,674) |
| | | | | | | | | $ - |
| | | | | | | | | $ (38,674) |
| | | | | | | | | $ - |
| | | | | | | | | $ (38,674) |
| | | | | | | | | $ - |
| | | | | | | | | $ (116,022) |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Royalties - AP Disbursements - Team Related**
**Report Date: 10/6/09**

| | Royalties Payables | Royalties Az Dbacks | Royalties Memphis | Royalties Univ of Cal | Royalties Charlotte | Royalties OK City | Royalties Phoenix Suns | Royalties Others |
|---|---|---|---|---|---|---|---|---|
| | $ (971,811) | $ (397,880) | $ (165,446) | $ (146,227) | $ (127,208) | $ (82,718) | $ (6,442) | $ (45,890) |
| 10/1/2009 | | | | | | | | |
| 10/8/2009 | | | | | | | | |
| 10/15/2009 | | | | | | | | |
| 10/22/2009 | | | | | | | | |
| 10/29/2009 | | | | | | | | |
| 11/5/2009 | | $ (45,909) | $ (19,090) | $ (16,872) | $ (14,678) | $ (9,544) | $ (743) | $ (5,295) |
| 11/12/2009 | | | | | | | | |
| 11/19/2009 | | | | | | | | |
| 11/26/2009 | | | | | | | | |
| 12/3/2009 | | $ (45,909) | $ (19,090) | $ (16,872) | $ (14,678) | $ (9,544) | $ (743) | $ (5,295) |
| 12/10/2009 | | | | | | | | |
| 12/17/2009 | | | | | | | | |
| 12/24/2009 | | $ (137,728) | $ (57,270) | $ (50,617) | $ (44,034) | $ (28,633) | $ (2,230) | $ (15,885) |
| | | | | | | | $ (743) | $ (5,295) |
| | | | | | | | | $ (112,132) |
| | | | | | | | | $ (112,132) |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ (112,132) |
| | | | | | | | | $ - |
| | | | | | | | | $ (336,396) |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Settlements - AP Disbursements - Team Related**
Report Date: 10/6/09

| | Settlements Payables | Settlements Charlotte | Settlements FEA Merch | Settlements Swift Merch | Settlements Live Nation | Settlements World Wrestlg | Settlements Bravado | Settlements Band Merch |
|---|---|---|---|---|---|---|---|---|
| 10/1/2009 | | | | | | | | |
| 10/8/2009 | | | | | | | | |
| 10/15/2009 | | | | | | | | |
| 10/22/2009 | | | | | | | | |
| 10/29/2009 | | | | | | | | |
| 11/5/2009 | | $ (30,451) | $ (26,508) | $ (16,229) | $ (7,089) | $ (6,410) | $ (3,699) | $ (3,673) |
| 11/12/2009 | | | | | | | | |
| 11/19/2009 | | | | | | | | |
| 11/26/2009 | | | | | | | | |
| 12/3/2009 | | $ (30,451) | $ (26,508) | $ (16,229) | $ (7,089) | $ (6,410) | $ (3,699) | $ (3,673) |
| 12/10/2009 | | | | | | | | |
| 12/17/2009 | | $ (30,451) | $ (26,508) | $ (16,229) | $ (7,089) | $ (6,410) | $ (3,699) | $ (3,673) |
| 12/24/2009 | | $ (91,352) | $ (79,523) | $ (48,687) | $ (21,268) | $ (19,229) | $ (11,097) | $ (11,018) |
| $ (871,297) | $ (263,906) | $ (229,733) | $ (140,652) | $ (61,442) | $ (55,549) | $ (32,058) | $ (31,831) |

| | Settlements Event One | Settlements Event One | Settlements Others |
|---|---|---|---|
| | $ (22,210) | $ (19,746) | $ (14,170) |
| | | | |
| $ (2,563) | $ (2,278) | $ (1,635) | $ - |
| $ (2,563) | $ (2,278) | $ (1,635) | $ (100,534) |
| $ (2,563) | $ (2,278) | $ (1,635) | $ (100,534) |
| | | | $ - |
| | | | $ - |
| $ (7,688) | $ (6,835) | $ (4,905) | $ (301,603) |

**XP Entertainment LLC**
**90 Day Cash Plan**
**October - December, 2009**
**Field Costs Non-Payroll Disbursements**
**Source: XP Events Financial Forecast at 8/31/09**
**Report Date: 10/6/09**

| | 2009 OCT FRCST | 2009 NOV FRCST | 2009 DEC FRCST |
|---|---|---|---|
| FIELD COSTS | | | |
| BENEFITS | 3,558 | 3,558 | 9,738 |
| CREDIT CARD CHARGES | 16,271 | 18,354 | 22,066 |
| TELEPHONE | 3,165 | 3,165 | 3,165 |
| SUPPLIES | 6,354 | 6,354 | 6,354 |
| EQUIPMENT RENTAL | 4,532 | 4,532 | 4,532 |
| TRAVEL | 5,556 | 5,556 | 5,556 |
| EVENT EXPENSES | 505 | 505 | 505 |
| INTERNET SALES COMMISSION AND FEES | 4,563 | 6,063 | 7,263 |
| INTEREST | 500 | 500 | 500 |
| NEW VENUES 2009-2010 | 26,499 | 24,864 | 25,171 |
| OTHER | 23,464 | 24,050 | 43,522 |
| TOTAL NON PAYROLL FIELD COST DISBURSEMENTS | 94,968 | 97,501 | 128,373 |

320,841

**90 Day Cash Plan**
October - December, 2009
Source: G&A Non-Payroll Costs Disbursements
XP Events Financial Forecast at 8/31/09
Report Date: 10/6/09

| | 2009 OCT FRCST | 2009 NOV FRCST | 2009 DEC FRCST | |
|---|---|---|---|---|
| BENEFITS | 4,000 | 4,000 | 4,000 | |
| TRAVEL | 5,000 | 5,000 | 5,000 | |
| SOFTWARE LICENSES | 500 | 500 | 500 | |
| BUSINESS INSURANCE | 4,000 | 4,000 | 4,000 | |
| PROFESSIONAL SERVICES - Business Answers Now LLC | 20,000 | 20,000 | 20,000 | CFO/Accounting Servic Monthly Retainer |
| PROFESSIONAL SERVICES - Investment Banking | 8,500 | 8,500 | 8,500 | |
| RENT - Praxis Investment Co. | 7,500 | 7,500 | 7,500 | |
| RENT - Wells Fargo - Phoenix | 2,013 | 2,013 | 2,013 | |
| TELEPHONE | 5,000 | 5,000 | 5,000 | |
| SUPPLIES | 300 | 300 | 300 | |
| INTEREST | - | - | - | |
| LEGAL - RWO | 10,000 | 10,000 | 10,000 | |
| OTHER | 8,000 | 8,000 | 8,000 | |
| TOTAL HEADQUARTERS EXPENSE | 74,813 | 74,813 | 74,813 | 224,439 |